GRACE LANDWEHR v. RAYMOND LANDWEHR.

June 27, 1986.

Petition for certification granted.

WILLIAM S. HIRSCH, ET AL. v. TUSHILL, LTD., INC., ET AL. v. RUIZ AND SONS AUTO SALVAGE, ET AL.

JERSEY CENTRAL POWER & LIGHT CO. v. TOWNSHIP OF ROCKAWAY, ET AL.

June 27, 1986.

Petitions for certification denied.

STATE OF NEW JERSEY v. JOHN P. HOAGLAND.

June 27, 1986.

Petition for certification denied.